1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIMI O'BRIEN and SEAN O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>HII INSURANCE SOLUTIONS, HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, HEALTH INSURANCE INNOVATIONS, INC., AXIS INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02115 KJM-AC<br><br>Honorable Kimberly J. Mueller, Courtroom 3<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (RULE 144)** |

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 2:20-cv-02115 KJM-AC

1 Plaintiffs Jaimi O'Brien and Sean O'Brien (Plaintiffs) and Defendant AXIS Insurance Company ("Defendant AXIS") (collectively the "Parties") hereby stipulate as follows:

WHEREAS, on June 19, 2019, Plaintiffs filed a Complaint in the Superior Court of the State of California, County of Solano alleging claims against Defendant;

WHEREAS, on July 13, 2020 Defendant AXIS was served with the Summons and Complaint;

WHEREAS, on September 8, 2020 Plaintiffs filed an Amended Complaint;

WHEREAS, on October 23, 2020, Defendant Health Plan Intermediaries Holdings, LLC and Defendant AXIS removed the case from the Superior Court of the State of California, County of Solano to this Court;

WHEREAS the grounds for removal are currently disputed and may become the subject of a motion for remand;

WHEREAS, on October 27, 2020, counsel for Plaintiffs and Defendant AXIS have met and conferred and agreed that justification and good cause exists to extend the deadline for Defendant AXIS to answer, move, or otherwise respond to the Complaint.  Such justification and good cause include allowing both parties to more fully evaluate the issues presented in the Amended Complaint and their respective positions on the litigation.

WHEREAS, under Local Rule 144, parties may stipulate in writing to extend the time within which to answer or otherwise respond to a complaint;

WHEREAS, Defendant AXIS seeks an extension of thirty (30) days, or up to and including November 30, 2020;

**IT IS SO STIPULATED**

DATED: October 28, 2020          **MANNION LOWE & OKSENENDLER**

By:  /s/  Demián I. Oksenendler (as authorized on 10/28/20)
      Demián I. Oksenendler (SBN #233416)

**Attorneys for Plaintiffs
Jaimi O'Brien and Sean O'Brien**

DATED:  October 28, 2020        **ZWILLGEN LAW LLP**

By:   /s/ Anna Hsia
           Anna Hsia (SBN 234179)

**Attorney for Defendant**
**AXIS INSURANCE COMPANY**

**IT IS SO ORDERED.**

DATED:  November 3, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3
STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. 2:20-cv-02115 KJM-AC