Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
William Mullen (SBN: 297272)
william.mullen@lockelord.com
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200

Attorneys for Defendants
HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC
and BENEFYTT TECHNOLOGIES, INC. F/K/A HEALTH
INSURANCE INNOVATIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMI O'BRIEN and SEAN O'BRIEN,<br><br>            Plaintiffs,<br><br>     vs.<br><br>HII INSURANCE SOLUTIONS, HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, HEALTH INSURANCE INNOVATIONS, INC., AXIS INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-02115-KJM-AC<br><br>**JOINT STIPULATION FURTHER EXTENDING CASE SCHEDULING ORDER DEADLINES; ORDER** |

Plaintiffs Jaimi O'Brien and Sean O'Brien ("Plaintiffs") and Defendants Health Plan Intermediaries Holdings, LLC ("HPIH"), Benefytt Technologies, Inc. f/k/a Health Insurance Innovations, Inc. ("Benefytt"), and AXIS Insurance Company ("AXIS," and, together with HPIH and Benefytt, "Defendants") hereby stipulate and agree that good cause exists for further extending expert discovery and dispositive motion hearing deadlines, as follows:

/ / /

WHEREAS, on November 17, 2021, this Court entered an Order on the parties' Joint Stipulation Extending Case Scheduling Order Deadlines [ECF No. 56] which rescheduled the following expert discovery and dispositive motion hearing deadlines in this action:

- Expert discovery shall be completed by January 12, 2022; and
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by April 15, 2022.

WHEREAS, the parties re-noticed the depositions of the designated expert witnesses for agreed-upon dates in early January 2022. However, unexpected scheduling conflicts and personal emergencies for Plaintiffs' counsel have required those depositions to be continued multiple times.

WHEREAS, the parties agreed that Defendants could take the deposition of Plaintiffs' expert witness past the January 12, 2022 expert discovery deadline in light of these unforeseen scheduling conflicts. Also, Defendants plan to file dispositive motions which will be based, in part, on the testimony elicited from the expert witness depositions.

WHEREAS, the parties have recently engaged in settlement negotiations and wish to attend a mediation with a court-appointed mediator prior to incurring the expense of expert depositions and dispositive motion practice. The parties have not participated in any ADR process in this case.

WHEREAS, the parties have agreed to utilize this Court's Voluntary Dispute Resolution Program (VDRP) and have concurrently filed a Stipulation to Elect Referral of Action to VDRP Pursuant to Local Rule 271.

WHEREAS, the parties have met and conferred on the need to extend the deadlines for expert discovery and dispositive motions to be heard in order to accommodate a mediation with the Court.

WHEREAS, the Court has not set pre-trial conference or trial dates in this case. In addition, the Court has not ruled on Defendants' respective Motions to Dismiss Plaintiff's Second Amended Complaint ("SAC"), filed on April 23, 2021 (ECF Nos. 41 and 42). As a result, Defendants have not answered the SAC.

WHEREAS, this is the second request by the parties to extend the expert discovery and dispositive motion hearing deadlines set in the Court's original February 19, 2021 scheduling order

Locke Lord LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

1  [ECF No. 37].  An extension to these particular deadlines will not prejudice the parties and they do
2  not anticipate making any more requests to extend such deadlines.
3       WHEREFORE, the parties agree to extend the scheduling order deadlines to accommodate
4  the completion of expert discovery and preparation of dispositive motions after they have
5  participated in a mediation through the VDRP, as follows:
6  • Expert discovery shall be completed by May 11, 2022; and
7  • All dispositive motions, except for motions for continuances, temporary restraining
8    orders or other emergency applications, shall be heard by July 8, 2022.
9  **IT IS SO STIPULATED.**

11  Dated:  February 25, 2022                    LOCKE LORD LLP

13                                              By: /s/ Mitchell J. Popham
                                                    Mitchell J. Popham
14                                                  William Mullen
                                                *Attorneys for Defendants* HEALTH PLAN
15                                              INTERMEDIARIES HOLDINGS, LLC and
                                                BENEFYTT TECHNOLOGIES, INC. F/K/A
16                                              HEALTH INSURANCE INNOVATIONS, INC.

17  Dated:  February 25, 2022                   MANNION LOWE & OKSENENDLER
18                                              a Professional Corporation

19                                              By: /s/ Demián I. Oksenendler (as authorized on
                                                02/24/2022)
20                                                  Demián I. Oksenendler
                                                *Attorneys for Plaintiffs* JAIMI O'BRIEN and
21                                              SEAN O'BRIEN

22  Dated:  February 25, 2022                   ZWILLGEN LAW LLP
23

24                                              By: /s/ Adya S. Baker (as authorized on
                                                02/23/2022)
25                                                  Adya S. Baker
                                                *Attorneys for Defendant* AXIS INSURANCE
26                                              COMPANY

**Locke Lord LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071

# ORDER

Good cause appearing, the court hereby approves the Joint Stipulation Further Extending Case Scheduling Order Deadlines, as follows:

1. Expert discovery shall be completed by May 11, 2022; and
2. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by July 8, 2022.

**IT IS SO ORDERED.**

DATED:  March 21, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE