Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
William Mullen (SBN: 297272)
william.mullen@lockelord.com
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200

Attorneys for Defendants
HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC
and BENEFYTT TECHNOLOGIES, INC. F/K/A HEALTH
INSURANCE INNOVATIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMI O'BRIEN and SEAN O'BRIEN,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>HII INSURANCE SOLUTIONS, HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, HEALTH INSURANCE INNOVATIONS, INC., AXIS INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-02115-KJM-AC<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to
2   the Voluntary Dispute Resolution Program (VDRP) in order to participate in a mediation with a
3   District Court or Magistrate Judge.  The parties propose that the VDRP process will be completed by
4   April 15, 2022 because of the May 11, 2022 expert discovery deadline and July 8, 2022 deadline for
5   dispositive motions to be heard – which the parties request that the Court set in the concurrently filed
6   Joint Stipulation Further Extending Case Scheduling Order Deadlines.  The neutral's VDRP
7   completion report, as well as the parties' joint VDRP completion report, must be filed by April 29,
8   2022.

**IT IS SO STIPULATED.**

Dated:  February 25, 2022          LOCKE LORD LLP

                                   By: /s/ Mitchell J. Popham
                                       Mitchell J. Popham
                                       William Mullen
                                   *Attorneys for Defendants* HEALTH PLAN
                                   INTERMEDIARIES HOLDINGS, LLC and
                                   BENEFYTT TECHNOLOGIES, INC. F/K/A
                                   HEALTH INSURANCE INNOVATIONS, INC.

Dated:  February 25, 2022          MANNION LOWE & OKSENENDLER
                                   a Professional Corporation

                                   By: /s/ Demián I. Oksenendler (as authorized on
                                   02/24/2022)
                                       Demián I. Oksenendler
                                   *Attorneys for Plaintiffs* JAIMI O'BRIEN and
                                   SEAN O'BRIEN

Dated:  February 25, 2022          ZWILLGEN LAW LLP

                                   By: /s/ Adya S. Baker (as authorized on
                                   02/23/2022)
                                       Adya S. Baker
                                   *Attorneys for Defendant* AXIS INSURANCE
                                   COMPANY

**ORDER**

The court hereby approves the parties' stipulation to refer this matter to Voluntary Dispute Resolution Program (VDRP).  This matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP for the convening of a VDRP session to take place as soon as possible.

**IT IS SO ORDERED.**

DATED:  March 21, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE