Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
William Mullen (SBN: 297272)
william.mullen@lockelord.com
LOCKE LORD LLP
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200

Attorneys for Defendants
HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC
and BENEFYTT TECHNOLOGIES, INC. F/K/A HEALTH
INSURANCE INNOVATIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMI O'BRIEN and SEAN O'BRIEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>HII INSURANCE SOLUTIONS, HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, HEALTH INSURANCE INNOVATIONS, INC., AXIS INSURANCE COMPANY and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-02115-KJM-AC<br><br>**JOINT STIPULATION EXTENDING CASE SCHEDULING ORDER DEADLINES AS A RESULT OF PARTICIPATION IN VDRP; ORDER** |

Plaintiffs Jaimi O'Brien and Sean O'Brien ("Plaintiffs") and Defendants Health Plan Intermediaries Holdings, LLC ("HPIH"), Benefytt Technologies, Inc. f/k/a Health Insurance Innovations, Inc. ("Benefytt"), and AXIS Insurance Company ("AXIS," and, together with HPIH and Benefytt, "Defendants") hereby stipulate and agree that good cause exists for further extending expert discovery and dispositive motion hearing deadlines, as follows:

///

WHEREAS, on November 17, 2021, this Court entered an Order on the parties' Joint Stipulation Extending Case Scheduling Order Deadlines [ECF No. 56] which rescheduled the expert discovery and dispositive motion hearing deadlines in this action.  Similarly, on March 21, 2022, this Court entered an Order on the parties' Joint Stipulation Further Extending Case Scheduling Order Deadlines [ECF No. 59] which continued these same deadlines, as follows:

- Expert discovery shall be completed by May 11, 2022; and
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by July 8, 2022.

WHEREAS, on March 21, 2022, the Court also entered an Order on the parties' Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271, which referred this case to VDRP in order to have a VDRP session take place as soon as possible.

WHEREAS, the Court provided the parties with a list of currently available neutral mediators for this case, and on April 14, 2022, the parties informed the Court that they agreed on and wanted to select Robert Blum as the neutral for the VDRP.

WHEREAS, Mr. Blum subsequently contacted the parties' respective counsel and informed them, among other things, about specific disclosures and that his first available dates to mediate the instant action would be in July 2022, specifically mid-July 2022.

WHEREAS, all parties informed Mr. Blum that they did not have any concerns with Mr. Blum serving as the neutral for the mediation or issues with scheduling the mediation in July 2022.

WHEREAS, the anticipated mediation in mid-July 2022 does not allow the parties to participate in the VDRP before having to perform work and incur expenses in connection with the aforementioned expert discovery and dispositive motion hearing deadlines.  The purpose of the second stipulation mentioned above [ECF No. 59] was to continue these particular deadlines until after the mediation through the VDRP took place.

WHEREAS, the parties have met and conferred on the need to extend the deadlines for expert discovery and dispositive motions to be heard in order to accommodate this mediation with Mr. Blum.

1  WHEREAS, Plaintiffs' counsel informed Defendants that he will be out of the country and/or in trial for another case for most of August and into mid-September of 2022, which would necessitate moving the previously mentioned deadlines to at least the end of September 2022.

WHEREAS, the Court has not set pre-trial conference or trial dates in this case.

WHEREAS, this is the third request by the parties to extend the expert discovery and dispositive motion hearing deadlines set in the Court's original February 19, 2021 scheduling order [ECF No. 37].  An extension to these particular deadlines will not prejudice the parties and is necessary in light of Mr. Blum's current availability to schedule the mediation in mid-July 2022.

WHEREFORE, the parties agree to extend the scheduling order deadlines to accommodate the completion of expert discovery and preparation of dispositive motions after they have participated in a mediation through the VDRP, as follows:

- Expert discovery shall be completed by September 28, 2022; and
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by December 2, 2022.

**IT IS SO STIPULATED.**

Dated:  May 3, 2022                             LOCKE LORD LLP

By: */s/ Mitchell J. Popham*
        Mitchell J. Popham
        William Mullen
*Attorneys for Defendants* HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC and BENEFYTT TECHNOLOGIES, INC. F/K/A HEALTH INSURANCE INNOVATIONS, INC.

Dated:  May 3, 2022                             MANNION LOWE & OKSENENDLER
                                                a Professional Corporation

By: */s/ Demián I. Oksenendler (as authorized on 05/03/2022)*
        Demián I. Oksenendler
*Attorneys for Plaintiffs* JAIMI O'BRIEN and SEAN O'BRIEN

1  Dated:  May 3, 2022                              ZWILLGEN LAW LLP

   By: */s/ Adya S. Baker (as authorized on 05/03/2022)*
          Adya S. Baker
   *Attorneys for Defendant* AXIS INSURANCE COMPANY

**Locke Lord LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA  90071

4
Joint Stipulation Extending Case Scheduling Order Deadlines As A Result Of VDRP; Order

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Joint Stipulation Extending Case Scheduling Order Deadlines as a result of Participation in VDRP, as follows:

1. Expert discovery shall be completed by September 28, 2022; and

2. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by December 9, 2022 at 10:00 am.

**IT IS SO ORDERED.**

DATED: May 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

126310141v.1
Joint Stipulation Extending Case Scheduling Order Deadlines As A Result Of VDRP; Order